UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 45606
   MARCO ANTONIO CASTILLO SR
   RUELENA L PAOLINI-CASTILLO             CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-2186    SSN XXX-XX-2231
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/13/04 and confirmed on 05/05/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 81514.06 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | 41001.26 | .00 | 41001.26 |
| EMC MORTGAGE | MORTGAGE ARRE | 6324.27 | .00 | 6324.27 |
| CONDOR CAPITAL CORP | SECURED | 20650.00 | 1857.68 | 20650.00 |
| CHRYSLER FINANCIAL SVC A | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 5078.67 | .00 | 3079.62 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS MEMORIAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE STATE CREDIT UNI | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 413.20 | .00 | 250.56 |
| BECKET & LEE LLP | UNSECURED | 784.84 | .00 | 475.91 |
| TRUGREEN CHEM LAWN | UNSECURED | NOT FILED | .00 | .00 |
| CONDOR CAPITAL CORP | UNSECURED | 1680.27 | .00 | 1018.89 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 684.26 | .00 | 414.92 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 423.77 | .00 | 256.97 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 67975.53 | .00 | 9065.01 | .00 | 77040.54 |
| PRINCIPAL PAID | 67975.53 | .00 | 5496.87 | .00 | 73472.40 |
| INTEREST PAID | 1857.68 | .00 | .00 | .00 | 1857.68 |
| TOTAL PAID | 69833.21 | .00 | 5496.87 | .00 | 75330.08 |

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $ 2700.00 and was paid $ 2700.00 .

The Trustee received $ 3369.92 .

Refunds to the Debtor totaled $ 114.06 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/13/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 04 B 45606 MARCO ANTONIO CASTILLO SR & RUELENA L PAOLINI-CAST